■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v J.T. EDWARD JACKSON, Appellant. [715 NYS2d 421] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered December 17, 1998, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the defense counsel's cross-examination of the police detective who conducted the murder investigation opened the door to the admission of hearsay testimony on redirect examination of the witness to explain why the police had limited their investigation to the defendant (*see, People v Melendez,* 55 NY2d 445; *People v Bernard,* 214 AD2d 576). Further, the court gave the jury proper limiting instructions regarding the purpose for which the testimony was received. Bracken, J. P., Thompson, Altman and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW E. JONES, Appellant. [717 NYS2d 884] —Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered November 17, 1998, convicting him of assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Santucci, Altman and Florio, JJ., concur.